CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

KENNETH GARRIS

Civil/Criminal No.: __CR 24-253__

### NOTE FROM JURY

Can we get a definition of "excluded" as used in the DNA sample?
And "uninformative?"

Date: 10/9/24

Time: 4:21

10/09/2024
CSO Berry
Tal c B—e
1623