CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

             vs.          )      Civil/Criminal No.: _____ CR 24-253 _____

KENNETH GARRIS

### NOTE FROM JURY

The answer to the previous note will not change
our verdict
we have a verdict

Date: 10/9/24

Time: 5:04

10/09/2024
CSO BERRY
Tal L Re
1706