UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. : Case No. 24-CR-253 (ACR)
:
KENNETH GARRIS :
:
Defendant. :
:

## VERDICT FORM

**COUNT ONE:** With respect to the offense of Unlawful Possession of a Firearm and Ammunition by a Prohibited Person, we the jury find the defendant Kenneth Garris:

____✓____ Not Guilty        _____ Guilty

[signature redacted]

34